

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      Veronica Young v. Leonard C. Patterson

Appellate case number:    01-19-00737-CV

Trial court case number:   1138604

Trial court:             County Civil Court at Law No. 4 of Harris County

       Appellee, Leonard C. Patterson, has filed a motion for involuntary dismissal of this appeal, primarily arguing the merits of the appeal. Appellee's motion is defective because it does not include a certificate of service or a certificate of conference. TEX. R. APP. P. 9.5(d), 10.1(a)(5). Moreover, the record on appeal has not yet been filed in this case and appellee did not attach any evidence to support his motion. *See* TEX. R. APP. P. 10.2. Finally, Texas Rule of Appellate Procedure 42.3 only authorizes the Court to grant a motion for involuntary dismissal on the bases of want of jurisdiction, want of prosecution, or failure to comply with a requirement of the rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3. Appellee's motion does not raise any of these bases of involuntary dismissal. Accordingly, we **deny** appellee's motion.

       It is so ORDERED.


Judge's signature:    /s/ Evelyn V. Keyes
                   ☑ Acting individually    ☐ Acting for the Court


Date:   December 19, 2019